**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1906**

_____

BARRY NAKELL,

      Respondent - Appellant,

  v.

JOHN M. BARTH, SR.,

      Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:14-cv-00236-F)

_____

Submitted:  April 29, 2016    Decided:  May 11, 2016

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew Nis Leerberg, SMITH MOORE LEATHERWOOD LLP, Raleigh, North Carolina, for Appellant.  Michael J. Small, David B. Goroff, Licyau Wong, FOLEY & LARDNER LLP, Chicago, Illinois; Reginald B. Gillespie, Jr., N. Hunter Wyche, Jr., WILSON & RATLEDGE, PLLC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Nakell appeals the district court's order assessing fees and costs pursuant to 28 U.S.C. § 1927 (2012), against him for unreasonably multiplying the proceedings in an action brought by his client against John M. Barth, Sr. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nakell v. Barth, No. 5:14-cv-00236-F (E.D.N.C. July 10, 2015). We grant Barth's motion to submit the case on the briefs and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED